## AUTOMATIC DEVICES CORP. *v.* SINKO TOOL & MANUFACTURING CO.

No. 6.   Argued October 22, 1941.—Decided November 10, 1941.

*Mr. Drury W. Cooper,* with whom *Messrs. Henry M. Huxley* and *Thomas J. Byrne* were on the brief, for petitioner.

*Messrs. Russell Wiles* and *Bernard A. Schroeder,* with whom *Mr. George A. Chritton* was on the brief, for respondent.

MR. JUSTICE DOUGLAS delivered the opinion of the Court.

This is a companion case to *Cuno Engineering Corp.* v. *Automatic Devices Corp., ante,* p. 84. The court below held that claims 2, 3, and 11 of the Mead patent (No. 1,736,544) were invalid and not infringed. 112 F. 2d 335. We granted the petition for certiorari limited to the question of validity of those claims. For the reasons stated in *Cuno Engineering Corp.* v. *Automatic Devices Corp., supra,* the judgment is

*Affirmed.*